**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01523-CV

**BBP SUB I LP, Appellant**

**V.**

**JOHN DI TUCCI, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13991-A**

## ORDER

By order entered July 8, 2014, we abated this appeal to permit the parties to address a potential jurisdictional defect. A supplemental clerk's record was filed on July 18, 2014. Because the supplemental record reflects that the trial court has made a disposition with respect to all parties and claims in the lawsuit, we have jurisdiction over this appeal. Accordingly, we order this appeal reinstated, and we direct the Clerk of this Court to **REINSTATE** this appeal.

/s/ ROBERT M. FILLMORE
JUSTICE